# Schedule A

**ENTIRETY REDACTED**